In re Wilson, Sam — Other; Wilson, Robert — Other; Wase, Emma W. — Other; Wilson, Wilton — Other; Wilson, Albert — Other; Wilson, Roscoe — Other; Wilson, Elmer —Other; Walker, Alma — Other; Deauvers, Roberta — Other; Vernon, Leuvetter — Other; Simmons, Albert — Other; Wilson, Ray-field — Other; Wilson, Row — Other; Perry, Jimmy — Other; Brown, Areola — Other; Wilson, Myrtis — Other; Mark, Rutha Mae —Other; Jackson, Wesley — Other; Battle, Z.M.P. — Other; Perry, Archie — Other; Perry, Darnell — Other; Whalem, Ruthy Lee Perry — Other; Watson, Janice Perry — Other; Richmond, Alvia Mae Perry — Other; applying for writ of certiorari and/or review; to the Court of Appeal, First Circuit, No. CA 85 1311; Parish of Tangipahoa, 21st Judicial District Court, Div. “A”, No. 25814.
Prior report: La.App., 493 So.2d 925.
Denied.